JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDY RAMIREZ, | ) NO. CV 12-9331-MMM(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATTHEW CATE, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 31, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE